# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARLES MACK ANDERSON,

        Plaintiff,        :        Case No. 3:12-cv-139

                                            District Judge Timothy S. Black
      -vs-                              Magistrate Judge Michael R. Merz

                                     :

WALTER H. RICE. et al.,

        Defendants.

## RECUSAL ORDER

       This case is before the Magistrate Judge on initial random assignment by the computerized filing system.   The case is one which is to be assigned to a Magistrate Judge automatically under the Court's General Order of Assignment and Reference.

       Because I am named as a Defendant in the case, I am disqualified to deal with the case in a judicial capacity.   28 U.S.C. § 455(b)(4).   Therefore I recuse myself and direct the Clerk to reassign the case to one of the other Magistrate Judges at Dayton.

May 14, 2012.

                                                                 s/ **Michael R. Merz**
                                                        United States Magistrate Judge