IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES MACK ANDERSON,

    Plaintiff,

vs.

WALTER H. RICE,
TIMOTHY S. BLACK, and
SHARON L. OVINGTON,

    Defendants.

Case No. 3:12cv139

JUDGE WALTER HERBERT RICE

---

ENTRY JOINING IN CONDITIONAL OBJECTION BY UNITED STATES
MAGISTRATE JUDGE MICHAEL R. MERZ

---

Walter H. Rice, a co-Defendant with, among others, Magistrate Judge Michael R. Merz, herein joins in the Conditional Objection to the Report and Recommendations of the United States Magistrate Judge (Doc. #7).

August 13, 2012

*[signature]*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Parties of record