# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CHARLES MACK ANDERSON,**

    Plaintiff,

**CASE NO.   31:12-CV-139**

-vs-

**Judge Timothy S. Black**
**Magistrate Judge Sharon L. Ovington**

**WALTER H. RICE,** *et al.,*

    Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 6) is **ADOPTED**; and that the case is **DISMISSED with PREJUDICE** from the docket of the Court.

Date: August 16, 2012　　　　　　　　　　　　　　　　**JAMES BONINI, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk