# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CHARLES MACK ANDERSON,**

    Plaintiff,

**-vs-**

    CASE NO. 31:12-CV-139

    **Judge Timothy S. Black**
    **Magistrate Judge Sharon L. Ovington**

**WALTER H. RICE,** *et al.,*

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 6) is **ADOPTED**; and that the case is **DISMISSED with PREJUDICE** from the docket of the Court.

Date: August 16, 2012                                 **JAMES BONINI, CLERK**

                                                      By: *s/ M. Rogers*
                                                           Deputy Clerk